**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983
in the UNITED STATES DISTRICT COURT for the SOUTHERN DISTRICT of GEORGIA**

Alfred Lee Jacobs
_____
_____
_____

(Enter above full name of plaintiff or plaintiffs)

**CV508-019**

v.

David Adelman, Michael Boggs, Richard E. Currie,
Chrestine Knight, Kim Massey, W.P. Chaney
Cindy Waters, Keith Hackleroad et.
al. in their individual and Official capacity

(Enter above full name of defendant or defendants)

I.    Previous lawsuits

    A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?                         Yes _____ No ✓

       If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.    Parties to this previous lawsuit:

           Plaintiffs: _____ NONE _____

           Defendants: _____ NONE _____

       2.    Court (if federal court, name the district; if state court, name the county):

           _____ NONE _____

       3.    Docket number: _____ NONE _____

       4.    Name of judge assigned to case: _____ NONE _____

5.      Disposition
        (for example, was the case dismissed? appealed? is it still pending?):

_____ NONE _____

6.      Approximate date of filing lawsuit: _____ NONE _____

7.      Approximate date of disposition: _____ NONE _____

8.      Were you allowed to proceed *in forma pauperis* (without prepayment of
        fees)?                                      Yes _____  No _____

B.      While incarcerated or detained in any facility, have you brought any lawsuits in
        federal court which deal with facts other than those involved in this action?
                                                    Yes _____  No __✓__

        If your answer to B is yes, describe each lawsuit in the space below. (If there is more
        than one lawsuit, describe the additional lawsuits on another piece of paper, using the
        same outline.)

        1.      Parties to previous lawsuit:

                Plaintiffs: _____ NONE _____

                Defendants: _____ NONE _____

        2.      Court (name the district):

                _____ NONE _____

        3.      Docket number: _____ NONE _____

        4.      Name of judge assigned to case: _____ NONE _____

        5.      Disposition
                (for example, was the case dismissed? appealed? is it still pending?):

                _____ NONE _____

        6.      Approximate date of filing lawsuit: _____ NONE _____

2

7.  Approximate date of disposition: _____ NONE _____

8.  Were you allowed to proceed *in forma pauperis* (without prepayment of fees)?                                    Yes _____  No _____

C.  As to any lawsuit filed in federal court where you were allowed to proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or failed to state a claim?                     Yes _____  No _____

  1.  If your answer to C is yes, name the court and docket number for each case:

  _____ NONE _____        _____ NONE _____
  _____        _____
  _____        _____
  _____        _____

II.  Place of present confinement: ___ Autry State Prison ___

A.  Is there a prisoner grievance procedure in this institution?  Yes ✓ No ___

B.  Did you present the facts relating to your complaint to the appropriate grievance committee?                          Yes ___ No ✓

C.  If your answer to B is yes:

  1.  What steps did you take? _____ NONE _____
  _____
  _____
  _____
  _____

  2.  What was the result? _____ NONE _____
  _____
  _____
  _____
  _____

3

3.  Did you appeal any adverse decision to the highest level possible in the administrative procedure?                                   Yes ___ No ✔

    If yes, what was the result? _____

    _____

    _____

D.  If you did not utilize the prison grievance procedure, explain why not: __This__ __Issue is not Grieveable under Department of__ __Correction S.O.P. Policy.__

    _____

IV.  Parties

(In Item A below, list your name as plaintiff and current address.  Provide the name and address of any additional plaintiffs on an attached sheet.)

A.  Name of plaintiff:    Alfred Lee Jacobs # 469588
    Address:              Autry State Prison
                         P.O. Box 648
                         Pelham, Ga 31779

(In Item B below, list the defendant's full name, position, place of employment, and current address.  Provide the same information for any additional defendants in Item C below.)

B.  Name of defendant:   David Adelman
    Position:            Senator
    Place of employment: State Capital
    Current address:     121 I State Capitol,
                         Atlanta, Ga 30334

C.  Additional defendants: Michael Boggs, 101 S. Peterson St. Douglas, Ga. 31533, Richard E. Currie, 101 S. Peterson St. Douglas Ga 31533, Chrestine Knight, 101 S. Peterson St. Douglas Ga. 31533, Kim Massey, 101 S. Peterson St. Douglas, Ga. 31533 W.P. Chaney 225 W Bryan St. Douglas Ga 31533, Cindy Waters, Box 676 Alam, Ga 31510, Keith Hackleroad, 102 A. S. Alabama St., Broxton, Ga. 31519

4

V.    Statement of Claim

State here as briefly as possible the FACTS in your case.  Describe how each
defendant is personally involved in the depriving you of your rights.  You must
include relevant times, dates, places, and names of witnesses.  DO NOT GIVE
LEGAL ARGUMENTS OR CITE ANY CASES OR STATUTES.  If you intend to
allege a number of related claims, number and set forth each claim in a separate
paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

1.) Plaintiff was prosecuted under fraudulent acts by the
Superior Court of Coffee County with void indictment by
Judge Michael Boggs who sentenced Plaintiff to 20 years do
15 serve 5 on probation on September 13, 2005. The court
Clerk failed to record the minutes of Plaintiffs Grand Jury
indictment no. 04 F-09-176. District Attorney Richard E.
Currie is the prosecutor for the State Court and who pro-
secuted Plaintiff under fraudulent acts in or about Sept-
ember 2005. The Clerk Chrestine Knight filed all fraudulent
papers in the Superior Court of Coffee County in 2005. The
Court Reporter Cindy Waters is certified to operate tape-
recording or stenographic means to record fraudulent
prosecution against Plaintiff in 2005. The fore person
Kim Massey is the presiding member of the 2005 jury
who spoke on the jury's behalf and communicated
a verdict of a fraud True bill of indictment against
Plaintiff. The bailiff W. R. Chaney, is the Courts attendant
and takes an oath to deliver a void indictment to Open
Court against Plaintiff. Defense Attorney Keith Harkler-
oad represented Plaintiff in Superior Court and con-
spired with District Attorney with fraudulent acts
against Plaintiff to obtain a plea of guilty.
2.) The Superior Court of Coffee County lacks venue

5

V. Statement of Claim (cont'd)

subject matter jurisdiction and therefore sentenced
Plaintiff by way of fraud through Judge Michael Boggs,
District Attorney Richard E. Currie, Clerk Chrestine
Knight, foreperson Kim Massey, bailiff W.P. Chaney,
Court Reporter Cindy Waters and Defense Attorney
Keith Harkleroad with invalid/void indictment
and statutes.
3. Senator David Adelman is over Georgia Legislatures
and has allowed the General Assembly creation of invalid
laws to perpetrate fraud prosecution through and by
this unlegal entity called the Georgia Code Revision
Committee which has deprived Plaintiff of due
process of law and of equal protection by fraud
being committed by Court Officials, constituting
violation of Plaintiff 5th and 14th Amendment.

VI.    Relief

State briefly exactly what you want the court to do for you.  Make no legal arguments.  Cite no cases or statutes.

Wherefore, plaintiff request that the Court grant the following relief: A Declaratory judgment issuing a judgment stating that: 1.) The fraudulent prosecution of Plaintiff by defendants Michael Boggs, Richard E. Currie, Chrestine Knight, Kim Massey, W.P. Chaney, Cindy Waters, Keith Harkleroad violated the Plaintiffs' Constitutional rights under the 5th and 14th Amendment of due process and equal protection of law and constituted fraud under the Color of State law. 2.) Defendant David Adelman failed to enact the Laws/statutes of Georgia making Plaintiffs indictment void upon its face and therefore violated Plaintiffs Constitutional right under the 5th and 14th Amendment under the United States Color of State law. B. Issue an injuction ordering Judge Michael Boggs, Richard E. Currie and all others to: 1.) Immediately release Plaintiff from

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _13_ day of _February_, _2008_.

Prisoner No. _469 588_

_Alfred Lee Jacobs_
(Signature of Plaintiff)

6

VI Relief (cont'd)

illegal incarceration under the fraudulent acts of prosecution.

2. Restore all citizenship to Plaintiff.

3. Clear Plaintiffs records of all criminal records completely of the fraud prosecution.

C. Compensatory damages in the following amount:

1.) 130,000 jointly and severally against defendants, David Adelman, Michael Boggs, Richard E. Currie, Chrestine Knight, Kim Massey, W.P. Chaney, Cindy Waters, Keith Harkleroad in their official capacity.

2.) 25,000 severally against each defendants David Adelman, Michael Boggs, Richard E. Currie, Chrestine Knight, Kim Massey, W.P. Chaney, Cindy Waters, Keith Harkleroad in their individual capacity for fraud under the United States Constitution.

D. Award Punitive damages in the following amount: 1. 15,000 each against defendants, Michael Boggs, Richard E. Currie, Chrestine Knight.

2.) 10,000 each against Kim Massey, W.P. Chaney, Cindy Waters

VI Relief (cont'd)

3. 30,000 against Keith Harkleroad all in their
official and individual capacity.

E. That this Honorable Court take charge
and Grant proper relief as it may appear
that Plaintiff is entitle so that relief may
be granted.