

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ALFRED LEE JACOBS,

    Plaintiff,

v.

DAVID ADELMAN, Senator; MICHAEL BOGGS, Judge; RICHARD E. CURRIE, District Attorney; CHRESTINE KNIGHT, Clerk; KIM MASSEY; W.P. CHANEY, Bailiff; CINDY WATERS, Court Reporter; and KEITH HARKLEROAD, Attorney,

    Defendants.

CIVIL ACTION NO.: CV508-19

## ORDER

Presently before the Court are Plaintiff's Objections to the Magistrate Judge's Report wherein he recommended Plaintiff's Complaint be dismissed due to his failure to state a claim upon which relief may be granted. Plaintiff has also filed a Motion to Amend his Complaint.

Plaintiff's Objections do not appear to be responsive to the Magistrate Judge's Report and Recommendation and thus, are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's Complaint is **DISMISSED** due to his failure to state a claim upon which relief may be granted. Because his Amended Complaint would not remedy this failure, Plaintiff's Motion to Amend his Complaint is **DISMISSED AS MOOT**.

The Clerk of Court is authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 9th day of June, 2008.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)